UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MELVIN BARHITE,

        Plaintiff,                                Case No.  2:13-CV-169

v.                                             Hon. Gordon J. Quist

W. TRIERWEILER, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 1, 2016, which recommended that the Court grant Defendants' motion for summary judgment.  No objections have been filed pursuant to 28 U.S.C. § 636.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed April 1, 2016 (ECF No. 77) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 53) is **GRANTED.**  Plaintiff's claims are **dismissed with prejudice.**

This case is concluded.

A separate judgment shall issue.


Dated:  April 27, 2016                                                  /s/ Gordon J. Quist
                                                                      GORDON J. QUIST
                                                      UNITED STATES DISTRICT JUDGE